United States District Court
Southern District of Texas

**ENTERED**

February 05, 2021

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| VICTOR CORONADO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-342 |
| | § | |
| HARRIS COUNTY, TEXAS and SHERIFF | § | |
| ED GONZALEZ, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Harris County inmate Victor Coronado filed a civil rights complaint challenging his lengthy pretrial detention. The complaint was mistakenly docketed twice, as two separate cases. *See* No. 4:21-cv-341 and 4:21-cv-342. This case, the second one docketed, is **dismissed as duplicative**. The Clerk will file the application to proceed *in forma pauperis* and prisoner trust account statement filed in this case, (Docket Entries No. 2 and 3), in the first-filed case, number 4:21-cv-341.

SIGNED on February 5, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge